IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

Vs.                         CASE NO. 4:05cr00320-07 JMM

JAMES BRANSCUM                                                           DEFENDANT

ORDER

A hearing on the United States' motion to modify bond (docket entry #173) is scheduled for **Thursday, April 27, 2006,** at 9:00 a.m. before Judge James M. Moody, United States Courthouse, 600 West Capitol, Room 389, Little Rock, Arkansas.

**The defendant is directed to report to the United States Probation Office no later than thirty (30) minutes prior to the hearing.**

IT IS SO ORDERED this 25th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE